

# Fourth Court of Appeals
## San Antonio, Texas

July 16, 2021

No. 04-21-00133-CV

**IN THE INTEREST OF I.P.S., E.E.S., CHILDREN**,

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-01363
Honorable Richard Garcia, Judge Presiding

## O R D E R

Appellant's brief was originally due to be filed on April 12, 2021. This court granted Appellant's first, second, and third motions for extension of time to file the brief until July 12, 2021. In our June 24, 2021 order, we warned Appellant that any further request for an extension of time to file the brief would be disfavored.

On July 12, 2021, Appellant's counsel filed an unopposed fourth motion for extension of time to file the brief until July 16, 2021, for a total extension of 95 days. In the motion, counsel described his recent heavy workload. As an unopposed motion, counsel's explanation is reasonable to justify a further extension up to, *but not further than*, the requested date. *See* TEX. R. APP. P. 10.5(b).

Appellant's motion is GRANTED. Appellant's brief must be filed with this court not later than July 16, 2021. *See* TEX. R. APP. P. 38.6(d). **NO FURTHER EXTENSIONS OF TIME TO FILE APPELLANT'S BRIEF WILL BE GRANTED.** If Appellant fails to file the brief as ordered, **the court may dismiss this appeal**. *See id.* R. 38.8(a)(1), 42.3(b), (c).

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of July, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court